**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Angie Chantre,**

**Plaintiff,**

**-against-**

**United States of America,**

**Defendant.**

**1:26-cv-04394 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the Government's Motion to Dismiss, filed on September 21, 2026 (ECF No. 17). If it has not yet done so, the Government is hereby ORDERED to serve the aforesaid motion upon the *pro se* Plaintiff by tomorrow, September 23, 2026 and file proof of service to the docket. Plaintiff shall file her opposition papers no later than Friday, October 16, 2026. The Government shall file any reply no later than Wednesday, October 30, 2026.

**SO ORDERED.**

DATED: New York, New York
September 22, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge