UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ANGIE CHANTRE,

Plaintiff,

-v-

UNITED STATES OF AMERICA,

Defendant.

---------------------------------------------------------------------- X

26 Civ. 4394 (JPC) (SDA)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 21, 2026, the Government filed a motion to dismiss. Dkt. 17. On September 30, 2026, Plaintiff filed an amended complaint. Dkt 21, *see* Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the Government's motion to dismiss is denied without prejudice as moot. If the Government seeks to dismiss the amended complaint it should comply with Judge Aaron's Individual Practices. The Clerk of Court is respectfully directed to close Dkt. 17.

SO ORDERED.

Dated: October 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge